| PROB 37 (Rev. 5/02) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

Romeo Alado
Lakewood, California 90712
U.S.D.C. Cr. Cs. 00-00125-002

DATE August 5, 2005

YOU ARE AUTHORIZED TO TRAVEL TO: Los Angeles via Honolulu, Hawaii

FROM August 7 to 10, 2005   AND RETURNING Not Applicable

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP: To attend return home after being sentenced on August 5, 2005

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall comply with your pretrial release conditions while on travel status.

2. You shall report to the U.S. Pretrial Services Office at 754 U.S. Courthouse, 312 North Spring Street, Los Angeles, California 90012; telephone (213) 894-4726.

**FILED**
DISTRICT COURT OF GUAM
AUG -5 2005
MARY L.M. MORAN
CLERK OF COURT

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

NAME George M. Walker, Chief Pretrial Services
ADDRESS 754 U.S. Courthouse, 312 North Spring St.
Los Angeles, CA 90012
FAX (213) 894-0231

*Maria Cruz*
MARIA C. CRUZ
UNITED STATES PROBATION OFFICER

☒ APPROVED   ☐ DISAPPROVED

CONSUELO B. MARSHALL
DESIGNATED DISTRICT JUDGE
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**