# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>Romeo Alado aka Roming Alado,<br><br>　　　　Defendant. | Case No. 1:00-cr-00125<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Conditions of Release, filed August 5, 2005* on the dates indicated below:

| *U.S. Attorney's Office* | *Samuel S. Teker* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *August 9, 2005* | *August 5, 2005* | *August 8, 2005* | *August 9, 2005* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Conditions of Release, filed August 5, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 9, 2005　　　　　　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk