**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891~4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
AUG 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 00-00125-002 |
| Plaintiff, | |
| vs. | **STIPULATION** |
| ROMEO ALADO aka ROMING ALADO, | |
| Defendant. | |

----------

IT IS HEREBY STIPULATED by and between the parties that Defendant Romeo Alado shall surrender himself to the U.S. Marshal of the Central District of California on December 1, 2005 instead of September 14, 2005 which was ordered by this Court on August 5, 2005.

The reason for said Stipulation is to allow the Defendant the opportunity to visit with his son, Rex S. Alado, who is currently pending release, in District Court of Guam Case No. CR98-00310, before Defendant surrenders to the U.S. Marshal and serves his sentence at the Bureau of Prisons.

/ / /

/ / /

**ORIGINAL**

| | |
|---|---|
| 1 | **SO STIPULATED:** |
| 2 | **TEKER TORRES & TEKER, P.C.** |
| 3 | |
| 4  DATED: August 12, 2005. | By: /s/ |
| | **SAMUEL S. TEKER, ESQ.** |
| 5 | *Attorneys for Defendant* |
| 6 | |
| 7 | **LEONARD M. RAPADAS** |
| | United States Attorney |
| 8 | District of Guam and NMI |
| 9 | |
| 10  DATED: August 12th, 2005. | By: /s/ |
| | **MARAVIC P. DAVID, ESQ.** |
| 11 | *Assistant U.S. Attorney* |

*United States of America vs. Romeo Alado aka Roming Alado*
District Court of Guam Criminal Case No. 00-00125-002
**STIPULATION**

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891