1 **TEKER TORRES & TEKER, P.C.**
   SUITE 2A, 130 ASPINALL AVENUE
2   HAGÁTÑA, GUAM 96910
   TELEPHONE: (671) 477-9891~4
   FACSIMILE: (671) 472-2601
3

4 *Attorneys for Defendant*

5

6

7                    IN THE DISTRICT COURT OF GUAM

8                           ----------

9  UNITED STATES OF AMERICA,      )    CRIMINAL CASE NO. 00-00125-002
                                  )
10             Plaintiff,         )
                                  )
11             vs.                )    **ORDER**
                                  )
12 ROMEO ALADO aka ROMING ALADO,  )
                                  )
13             Defendant.         )

14                           ----------

15         Upon good cause appearing, Defendant Romeo Alado shall surrender himself to the

16 U.S. Marshal of the Central District of California on December 1, 2005 to begin serving his prison

17 sentence in the above referenced case.

18         SO ORDERED: _____Deniel    ___ 8/30/05

19

20                          ____S. J. OT____

21                          S. JAMES OTERO*
                            Designated Judge, District Court of Guam.

22 _____

23 *The Honorable S. James Otero, United States District Judge for Central District of California,
   by designation.

**FILED**
DISTRICT COURT OF GUAM

AUG 30 2005 *p*

**MARY L.M. MORAN**
**CLERK OF COURT**