TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891~4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
SEP - 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 00-00125-002 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ROMEO ALADO aka ROMING ALADO, ) | |
| Defendant. ) | |

Upon good cause appearing, Defendant Romeo Alado shall surrender himself to the U.S. Marshal of the Central District of California on December 1, 2005 to begin serving his prison sentence in the above referenced case.

SO ORDERED: 8/24/05 .

RECEIVED
AUG 15 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HONORABLE CONSUELO B. MARSHALL
Designated Judge, District Court of Guam

ORIGINAL